**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
YESHAYA ALTMAN, individually and on
Behalf of all others similarly situated,

                       Plaintiff,

      -against-                                  20 **CIVIL** 6622 (VB)

                                                  **JUDGMENT**

ZXICKED & ASSOCIATES, P.C.,

                       Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated August 25, 2021, the motion to dismiss is granted; accordingly, this case is closed.

**Dated:**  New York, New York

       August 25, 2021

                                                        **RUBY J. KRAJICK**

                                                           Clerk of Court
                                    **BY:**

                                                            Deputy Clerk